IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Darryl Blissitt | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| -*vs*- | ) | No. 10 CV _____ |
| | ) | |
| Chicago of Chicago and Chicago | ) | *(jury demand)* |
| Police Officers Salgado, #10797 and | ) | |
| Prado, #12092 | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Defendants Salgado, #10797, and Prado, $12092, were at all times relevant acting under color of their authority as police officers of the City of Chicago; each is sued in his individual capacity.

3. Defendant City of Chicago is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367. Pursuant to *Wilson v. City of Chicago*, 120 F.3d 681, 685 (7th Cir. 1997), plaintiff joins the City to obtain a declaratory judgment of the City's obligation to indemnify

defendants Salgado and Prado for any judgment which may be entered them, or either of them, for compensatory damages.

4. On September 25, 2008, defendants Salgado and Prado arrested plaintiff.

5. Neither Salgado nor Prado had a lawful basis to arrest plaintiff.

6. After arresting plaintiff, defendants Salgado and Prado prepared false police reports; by including false statements in the reports, defendants Salgado and Prado prolonged the amount of time that plaintiff was held in custody before being released on bond.

7. At the time they arrested plaintiff, and at all times thereafter, defendants Salgado and Prado ignored plaintiff's obvious need for medical attention for a serious medical problem.

8. Following his release from custody, plaintiff secured emergency medical treatment for his medical problem. As the direct and proximate result of the refusal of defendant Salgado and Prado to respond to plaintiff's obvious need for medical treatment, plaintiff was required to spend two days at the hospital until his condition stabilized.

9. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants Salgado and Prado jointly and severally in an amount in excess of one hundred thousand dollars as compensatory damages. Plaintiff also requests that a declaratory judgment be entered against defendant City of Chicago declaring that it is liable, as the indemnifier, for any award of compensatory damages made against defendant Salgado and Prado.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 0830399
200 South Michigan Ave
Suite 1240
Chicago, Il. 60604-2430
(312) 427-3200
*attorney for plaintiff*